AO 245D   (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
Sheet 1

# UNITED STATES DISTRICT COURT

WESTERN District of WASHINGTON

UNITED STATES OF AMERICA
V.

RICKIE EUGENE CELLESTINE

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: CR96-5616RJB
USM Number:

Linda Sullivan
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violations numbered 4 and 5 + 1, 2 + 3 of the conditions of term of supervision.

☐ was found in violation of condition(s) ~~~~~~~~~~ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Using alcohol. | 11/24/2005 |
| 2 | Using morphine. | 12/14/2005 |
| 3 | Failing to reside in a community corrections center. | 12/14/2005 |
| 4 | Possessing drug paraphernalia. | 12/14/2005 |
| 5 | Using codeine and morphine. | 1/3/2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

FILED _____ LODGED
_____ RECEIVED
FEB 10 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

DAVID REESE JENNINGS
Assistant United States Attorney

February 10, 2006
Date of Imposition of Judgment

Signature of Judge

The Honorable Robert J. Bryan, Senior United States District Judge
Name and Title of Judge

10 Feb '06
Date

96-CR-05616-JGM

AO 245D  (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
         Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: RICKIE EUGENE CELLESTINE | Judgment — Page 2 of 2 |
| CASE NUMBER: |  |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: _10 months , no supervision to follow_

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL